UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. TERESA PRUETT, as administrator of the ESTATE OF CURTIS GENE PRUETT<br><br>    Plaintiff(s),<br>    v.<br><br>1. BOARD OF COUNTY COMMISSIONERS OF CLEVELAND COUNTY, OKLAHOMA, in their official capacity,<br>2. JOSEPH K. LESTER, in his official capacity as Cleveland County Sheriff, State of Oklahoma;<br>3. TRAVIS SHROYER, individually and in his official capacity as Deputy Sheriff of Cleveland County, State of Oklahoma;<br>4. JOSHUA HAILEY, individually and in his official capacity as Deputy Sheriff of Cleveland County, State of Oklahoma;<br>5. BRIAN BAXTER, individually and in his official capacity as Deputy Sheriff of Cleveland County, State of Oklahoma;<br>6. NATHAN DOUGLAS, individually and in his official capacity as Deputy Sheriff of Cleveland County, State of Oklahoma;<br>7. ESW CORRECTIONAL HEALTHCARE, LLC, an Oklahoma limited liability company;<br>8. SOONER MEDICAL STAFFING, LLC, an Oklahoma limited liability company,<br>    Defendant(s). | Case No. CIV-2012-947-HE |

**DEFENDANTS ESW CORRECTIONAL HEALTHCARE, LLC
AND SOONER MEDICAL STAFFING, LLC'S FINAL EXHIBIT LIST**

COME NOW Defendants, ESW Correctional Healthcare, LLC ("ESW"), and Sooner Medical Staffing, LLC ("Sooner Medical"), and hereby submit their Final Exhibit List as follows:

| No. | Description |
|---|---|
| 1. | Cleveland County Sheriff's Office Incident Report dated October 15, 2011, 2:37 a.m., regarding the arrest of Curtis Pruett at 3:04 a.m. |
| 2. | Main Case Narrative Report prepared by Officer Shroyer |
| 3. | Supplemental Narrative Report prepared by Deputy Sites |
| 4. | Affidavit of Officer Shroyer |
| 5. | Booking Detail Report |
| 6. | Call Summary Report |
| 7. | Cleveland County Sheriff's Office Incident Report regarding death of Curtis Pruett |
| 8. | Supplemental Narrative Report prepared by Brent Locke |
| 9. | Crime Scene Entry Log Sheet dated October 15, 2011 |
| 10. | Log Entry |
| 11. | Vehicle Action Request Form |
| 12. | Pruett Booking Detail Report |
| 13. | Jeremy Payne Voluntary Statements |
| 14. | Nicholas Couch Voluntary Statements |
| 15. | Joshua Hailey Voluntary Statements |
| 16. | Seth Wallace Voluntary Statements |
| 17. | Brian Baxter Voluntary Statements |
| 18. | Nathan Douglas Voluntary Statements |
| 19. | Death Certificate of Curtis Pruett |
| 20. | Medical records from Norman Regional Hospital |
| 21. | Family photographs of Curtis Pruett |
| 22. | Employment records of Deborah Grauman from Mabel Bassett Correctional Center/Department of Corrections |

| No. | Description |
|---|---|
| 23. | Income tax returns of Curtis Pruett for the four years preceding his death |
| 24. | Employment file of Curtis Pruett from Acadia Drilling |
| 25. | Funeral bills concerning Curtis Pruett |
| 26. | Medical treatment records of NP, a minor from Ashley Hunt, MHR, LPR, ATC |
| 27. | Medical treatment records of NP, a minor from Alycea Merideth, MD |
| 28. | Medical treatment records of NP, a minor from L. Christopher DuRoy |
| 29. | Physicians Standing Orders and Protocols of ESW for the Cleveland County Detention Center |
| 30. | Employee Policies and Procedures of ESW |
| 31. | Policy and Procedures Manual of the Cleveland County Detention Center |
| 32. | Nurse Grauman's license status with the State Board of Nursing obtained from the State Board of Nursing |
| 33. | Personnel file of Nurse Graumann |
| 34. | Portions of other personnel files of employees of ESW |
| 35. | Portions of Personnel file of Brian Baxter |
| 36. | Portions of Personnel file of Joshua Hailey |
| 37. | Videotapes of the Cleveland County Detention Center for October 15, 2011 |
| 38. | Audio recordings of interviews of inmates Giblert, Almond, Graves and Lewis |
| 39. | Jail logs of the Cleveland County Detention Center for October 15, 2011 |
| 40. | Contract for medical staffing and administration for the Cleveland County Detention Center between Defendants Board of County Commissioners of Cleveland County and ESW Correctional Healthcare, LLC for the year July 1, 2011 to June 30, 2012 |
| 41. | Other Contracts for medical staffing and administration for the Cleveland County Detention Center between Defendants Board of County Commissioners of Cleveland County and ESW Correctional Healthcare, LLC |
| 42. | Email correspondence regarding the negotiations of the contracts for medical staffing and administration for the Cleveland County Detention Center between Defendants Board of County Commissioners of Cleveland County and ESW Correctional Healthcare, LLC or Sooner Medical Staffing, LLC |
| 43. | Medical record prepared by Nurse Grauman concerning Curtis Pruett on October 15, 2011 |

| No. | Description |
|-----|-------------|
| 44. | Expert Witness Report of Dr. Paul Adler |
| 45. | Expert Witness Report of Dr. Ralph Lazzara |
|     | All exhibits and records identified or reviewed by all expert witnesses |
|     | Any and all exhibits listed by Plaintiff and other Defendants that are not objected to by Defendants ESW and Sooner Medical |
|     | All deposition exhibits, subject to Defendants ESW and Sooner Medical's objections set forth in the Pretrial Order that will be filed in this matter |
|     | All exhibits and documents identified or produced during discovery, subject to Defendants ESW and Sooner Medical's objections set forth in the Pretrial Order that will be filed in this matter |

Respectfully submitted,

By   /s/ Rachel M. Lee
     DAN S. FOLLUO, OBA# 11303
     dfolluo@rhodesokla.com
     RACHEL M. LEE, OBA# 22626
     rlee@rhodesokla.com
     RHODES, HIERONYMUS, JONES,
     TUCKER & GABLE
     P.O. Box 21100
     Tulsa, Oklahoma 74121-1100
     (918) 582-1173
     (918) 592-3390 Facsimile
     **ATTORNEYS FOR DEFENDANT**
     **ESW Correctional Healthcare, LLC**
     **and Sooner Medical Staffing, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2014, I electronically transmitted the foregoing document to the Clerk of the Court using ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Peter A. Erdoes
21 East Main Street, Suite 101
Oklahoma City, OK 73104
*Attorneys for Plaintiff*

Kirby B. Evans
P. O. Box 2323
Oklahoma City, OK 73101
*Attorneys for Plaintiff*

David W. Lee
Emily B. Fagan
Lee Law Center, P.C.
6011 N. Robinson Ave.
Oklahoma City, OK 73118

Carol Price Dillingham
James B. Robertson
201 S. Jones, Suite 300
Norman, OK 73069
Attorneys for Defendants

Randall J. Wood
Robert S. Lafferrandre
Pierce Couch Hendrickson Baysinger & Green
1109 N. Francis
P. O. Box 26350
Oklahoma City, OK 73126

/s/ Rachel M. Lee