UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. TERESA PRUETT, as administrator of the ESTATE OF CURTIS GENE PRUETT,<br><br>Plaintiff(s),<br>v.<br><br>1. BOARD OF COUNTY COMMISSIONERS OF CLEVELAND COUNTY, OKLAHOMA, in their official capacity,<br>2. JOSEPH K. LESTER, in his official capacity as Cleveland County Sheriff, State of Oklahoma;<br>3. TRAVIS SHROYER, individually and in his official capacity as Deputy Sheriff of Cleveland County, State of Oklahoma;<br>4. JOSHUA HAILEY, individually and in his official capacity as Deputy Sheriff of Cleveland County, State of Oklahoma;<br>5. BRIAN BAXTER, individually and in his official capacity as Deputy Sheriff of Cleveland County, State of Oklahoma;<br>6. NATHAN DOUGLAS, individually and in his official capacity as Deputy Sheriff of Cleveland County, State of Oklahoma;<br>7. ESW CORRECTIONAL HEALTHCARE, LLC, an Oklahoma limited liability company;<br>8. SOONER MEDICAL STAFFING, LLC, an Oklahoma limited liability company,<br>Defendant(s). | Case No. CIV-2012-947-HE |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, the parties of record to the above-styled case, Plaintiff Teresa Pruett, as administrator of the Estate of Curtis Gene Pruett, and Defendants Board of County Commissioners of Cleveland County, Oklahoma, in their official capacity, Joseph K. Lester, in his official capacity as Cleveland County Sheriff, Travis Shroyer, individually and in his official capacity as Deputy Sheriff of Cleveland County, Joshua Hailey, individually and in his official capacity as Deputy Sheriff of Cleveland County, Brian Baxter, individually and in his official capacity as Deputy Sheriff of Cleveland County, Nathan Douglas, individually and in his official capacity as Deputy Sheriff of Cleveland County, ESW Correctional Healthcare, LLC and Sooner Medical Staffing, LLC ("Defendants"), and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that the above-styled case is dismissed with prejudice as to all Defendants, including all claims that were or might have been asserted in this action.

The parties further stipulate that each shall be responsible for her, his or its own costs and attorneys' fees.

Dated: April 24, 2014

Respectfully submitted,

/s/ Peter A. Erdoes
*(signed by filing attorney with permission)*
(see § II.C.1 for signature options)
Peter A. Erdoes, OBA # 11298
21 East Main Street, Suite 101
Oklahoma City, OK  73104
(405) 232-3533/Fax:  (405) 232-8330
peter.erdoes@gte.net
Kirby B. Evans, OBA# 18182
k.evans.law@me.com
P.O. Box 2323
Oklahoma City, Oklahoma 73101
(405) 239-4400
(405) 239-2200 Facsimile
ATTORNEYS FOR PLAINTIFF

/s/ Randall J. Wood
*(signed by filing attorney with permission)*
(see § II.C.1 for signature options)
Randall J. Wood, OBA #10531
Pierce Couch Hendrickson
 Baysinger & Green, L.L.P.
1109 N. Francis
P.O. Box 26350
Oklahoma City, OK  73126-0350
(405) 235-1611/Fax: (405) 235-2904
rwood@piercecouch.com
ATTORNEYS FOR DEFENDANTS
JOSHUA HAILEY AND BRIAN BAXTER

/s/ Rachel M. Lee
Dan S. Folluo, OBA # 11303
Rachel M. Lee, OBA # 22626
Rhodes, Hieronymus, Jones,
 Tucker & Gable
P.O. Box 21100
Tulsa, OK  74121-1100
dfolluo@rhodesokla.com
rlee@rhodesokla.com
ATTORNEY FOR DEFENDANT ESW
CORRECTIONAL HEALTHCARE,
LLC and SOONER MEDICAL
STAFFING, LLC

/s/ David W. Lee
*(signed by filing attorney with permission)*
(see § II.C.1 for signature options)
David W. Lee, OBA # 5333
LEE LAW CENTER, P.C.
6011 N. Robinson Avenue
Oklahoma City, OK  73118-7425
(405) 848-1983/Fax: (405) 848-4978
david@leelawcenter.com
ATTORNEYS FOR DEFENDANTS
BOARD OF COUNTY
COMMISSIONERS OF CLEVELAND
COUNTY AND SHERIFF JOSEPH
LESTER, TRAVIS SHROYER, AND
NATHAN DOUGLAS

Carol Price Dillingham, OBA # 11078
Assistant District Attorney, District 21
Cleveland County District Attorney's Office
201 S. Jones, Suite 300
Norman, OK  73069
(405) 321-8268/Fax: (405) 360-7840
carol.dillingham@dac.state.ok.us
ATTORNEY FOR DEFENDANTS
BOARD OF COUNTY
COMMISSIONERS OF CLEVELAND
COUNTY AND SHERIFF JOSEPH
LESTER

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of April, 2014, I electronically transmitted the foregoing document to the Clerk of the Court using ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Peter A. Erdoes
21 East Main Street, Suite 101
Oklahoma City, OK 73104

Kirby B. Evans
P. O. Box 2323
Oklahoma City, OK 73101

David W. Lee
Emily B. Fagan
Lee Law Center, P.C.
6011 N. Robinson Ave.
Oklahoma City, OK 73118

Carol Price Dillingham
James B. Robertson
201 S. Jones, Suite 300
Norman, OK 73069

Randall J. Wood
Robert S. Lafferrandre
Pierce Couch Hendrickson Baysinger & Green
1109 N. Francis
P. O. Box 26350
Oklahoma City, OK 73126

                                          /s/ Rachel M. Lee